## Vaughan's Seed Store, Plaintiff Below, Appellant, v. J. C. McDonald, Defendant Below.
## American Bulb Company, Garnishee Below, Appellee, Pan-American Flowers and Bulbs, Limited, Intervening Petitioner Below, Appellee.

### Gen. No. 45,250.

Harry A. Biossat, and Rubenstein & Becker, for appellant; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for garnishee-appellee; Mayer, Meyer, Austrian & Platt, for intervenor-appellee; John J. Faissler, John T. Moore, and Robert I. Logan, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full. Opinion filed November 21, 1951; released for publication December 6, 1951.